IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| VICTOR EUGENE CALLAHAN, | * | |
| Petitioner | * | |
| vs. | * | CASE NO. 3:05-CV-88 (CDL) |
| HUGH SMITH, | * | |
| Respondent | * | |
| | * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 28, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 29th day of June, 2006.

                                                           S/Clay D. Land
                                                             CLAY D. LAND
                                               UNITED STATES DISTRICT JUDGE